

# NUMBER 13-23-00041-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ADRIANA SOLIS, INDIVIDUALLY
D/B/A COQUETA'S BOUTIQUE,                                          Appellant,

v.

CBL SM-BROWNSVILLE, LLC,
CBL & ASSOCIATES MANAGEMENT, INC.,                                 Appellee.

---

### On appeal from the 103rd District Court
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Silva and Peña
### Memorandum Opinion by Chief Justice Contreras

This matter is before the Court on its own motion, as appellant has failed to file a

brief. Appellant's brief was originally due to be filed on or before May 30, 2023. On June

23, 2023, we granted the withdrawal of appellant's counsel and instructed appellant that her brief was now due to be filed on or before July 28, 2023.

On August 10, 2023, the Clerk of the Court notified appellant that her brief was past due and that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten days, appellant provided reasonable explanation for the failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1).

Appellant has neither reasonably explained the failure to file a motion for extension of time nor filed her brief. Accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
26th day of October, 2023.